```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

ROBERT SHEMIN,              )
                            )
        Plaintiff           )
                            )
v.                          )         No. 3:10-0562
                            )         Judge Brown
RON HILLMAN,                )         **Jury Demand**
                            )
        Defendant           )

## O R D E R

This matter is presently set for a final pretrial conference on October 22, 2012, and trial beginning on November 13, 2012 (Docket Entry 48). At the last telephone conference in this matter Mr. Hillman's prior attorney, Mr. Bowhan, advised that he would be re-entering the case and would file a notice of appearance. As of the date of this order Mr. Bowhan has not filed a notice of appearance.

The **Clerk** is directed to send a copy of this order to Mr. Bowhan, and Mr. Bowhan is requested to either file a notice of appearance or advise the Court that he will not be doing so. This case, as pointed out above, is set for trial and the Magistrate Judge intends to try the matter as scheduled, with or without Mr. Bowhan.

It is so **ORDERED**.

                                /s/ Joe B. Brown
                                JOE B. BROWN
                                United States Magistrate Judge